PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
FHAC.241-6356.NF

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

In re                                                          Bk. No. 18-55641-sms

Janice Cornelia Reid,                                          Chapter 13

     Debtor.
_____/

### REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Bank of America N.A., its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 4413 Watson Ridge Drive Unit 59, Stone Mountain, Georgia 30083 (Loan No. XXXX4974), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: April 5, 2018         By /s/ Lee S. Raphael
                                       LEE S. RAPHAEL, ESQ., CA BAR # 180030
                                       As Agent for Claimant

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Roger Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On April 6, 2018, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Janice Cornelia Reid
4413 Watson Ridge Drive
Stone Mountain, GA 30083
Debtor

Howard P. Slomka, Esquire
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339
Attorney for Debtor

Mary Ida Townson
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303-1740
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2018, at Woodland Hills, California.

<u>/s/ Roger Soria</u>